IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABDULLAHI FARAH,<br><br>            Plaintiff,<br><br>vs.<br><br>TYSON FRESH MEATS, INC.,<br><br>            Defendant. | **8:23CV417**<br><br>**ORDER** |

Defendant filed a Motion for Attorney Fees, Filing No. 35, accompanied by an affidavit and supporting index, Filing No. 37, pursuant to the Court's previous Order (Filing No. 29) permitting such an application in conjunction with the granting of Defendant's motion to compel.  Plaintiff did not oppose the motion for fees.

Upon review, the Court finds that the amount of $1,799.00 is a reasonable amount for fees and expenses incurred in filing the motion to compel. Rule 37 authorizes the Court to order "the party or attorney advising th[e] conduct, or both to pay the movant's reasonable" attorney fees. Fed. R. Civ. P. 37(a)(5)(A). In this case, the Court finds that Plaintiff's attorney should be required to pay the requested fees.  Accordingly,

IT IS ORDERED:

1. Tyson Fresh Meats, Inc.'s Motion for Attorney Fees, Filing No. 35, is granted.

2. Plaintiff's counsel, Jonathan V. Rehm, shall submit payment to Tyson Fresh Meats, Inc., in the amount of $1,799.00 via check payable to the order of Tyson Fresh Meats, Inc., and delivered to counsel for Tyson on or before October 21, 2024.

3. In accordance with the order appointing master in this case, Filing No. 20, the parties have 21 days from the date of this order to object. However, the filing of an

objection does not stay the deadline for payment of the attorney fees ordered herein absent a separate order from the Court.

Dated this 3rd day of October, 2024.

SIGNED:

s/ Kate O. Rahel
Appointed Special Master